William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Valassis Digital Corp.
and Valassis Communications, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>        Plaintiffs,<br><br>   v.<br><br>VALASSIS DIGITAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP. RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | Case No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT VALASSIS COMMUNICATIONS, INC.**<br><br>**(Filed electronically)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Valassis Communications, Inc., by and through its attorneys, Saul Ewing LLP, hereby states that Valassis Communications, Inc. is a direct, wholly owned subsidiary of Vericast Corp.

Dated:  April 10, 2024

Respectfully submitted,

s/ William C. Baton
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com
sarah.sullivan@saul.com

COOLEY LLP
Matthew D. Brown (*pro hac vice* forthcoming)
Bethany C. Lobo (*pro hac vice* forthcoming)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:  (415) 693-2000
E-mail:  brownmd@cooley.com
E-mail:  blobo@cooley.com

Rebecca L. Tarneja (*pro hac vice* forthcoming)
355 S. Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone:  (213) 561-3250
E-mail:  rtarneja@cooley.com

*Attorneys for Defendants Valassis Digital Corp. and Valassis Communications, Inc.*