Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendants*
*Valassis Digital Corp. and*
*Valassis Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>VALASSIS DIGITAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 24-4770<br><br>**(Filed electronically)** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander L. Callo, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for Defendant Valassis Communications, Inc. in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  April 11, 2024

Respectfully submitted,

By: <u>s/ Alexander L. Callo</u>
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
alexander.callo@saul.com

*Attorneys for Defendants*
*Valassis Digital Corp. and*
*Valassis Communications, Inc.*