

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

April 12, 2024

**VIA ECF**

Hon. Harvey Bartle III, U.S.D.J.
U.S. District Court, E.D. Pa.
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*
               Civil Action No. 24-4770 (HB) (D.N.J.)

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendant Valassis Communications, Inc. ("Valassis") in the above-captioned matter, which is one of more than 140 lawsuits filed by Plaintiff Atlas Data Privacy Corp. alleging violations of New Jersey's Daniel's Law, N.J. Stat. § 56:8-166.1. *See generally* ECF No. 1.

    Given that this case is similarly situated to the Daniel's Law cases scheduled for a status conference before Your Honor on April 18, 2024 (*see, e.g.*, April 8, 2024 Order, ECF No. 16 in Civil Action No. 24-3993), Valassis respectfully requests that this case be included in that conference.[1] If this meets with the Court's approval, we have included a form of endorsement below.

    Thank you for Your Honor's kind attention to this matter.

                                 Respectfully yours,

                                 William C. Baton

                                 William C. Baton

cc:    All Counsel (via email)

---

[1] We are also counsel for the Precisely Defendants in Civil Action No. 24-4571, so Valassis's counsel will already be attending the conference in that capacity.

Hon. Harvey Bartle III, U.S.D.J.
April 12, 2024
Page 2

SO ORDERED.

_____
Hon. Harvey Bartle III, U.S.D.J.