**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
*kfriedman@manatt.com*

*Attorneys for Defendant*
*Vericast Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of Individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | : Case No. 1:24-cv-04770-HB <br><br> : **NOTICE OF APPEARANCE** <br><br> : <br><br> : <br><br> : |
|                  Plaintiffs, | : |
|      v. | : |
| VALASSIS DIGITIAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | : <br><br> : <br><br> : <br><br> : |
|                Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - x

To: The Clerk of the Court and all parties of record:

Please enter my appearance for Defendant Vericast Corp. in the above-captioned matter.

I hereby certify that I am a member in good standing of the Bar of this Court.

Dated: New York, New York
      April 15, 2024

                        Respectfully Submitted,

                        MANATT, PHELPS & PHILLIPS, LLP

                By:  */s/ Kenneth D. Friedman*
                      Kenneth D. Friedman
                      7 Times Square
                      New York, New York 10036
                      Telephone: (212) 790-4500
                      Facsimile: (212) 790-4545
                      E-Mail: *kfriedman@manatt.com*

                      *Attorneys for Defendant Vericast Corp.*