**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendant*
*Vericast Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------x

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of Individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | : : : : : : | Case No. 1:24-cv-04770-HB  **VERICAST CORP.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs, | : | |
| v. | : | |
| VALASSIS DIGITIAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | : : : | |
| Defendants. | : | |

------------------------------x

Defendant Vericast Corp. ("Vericast"), through its undersigned counsel, hereby makes the following corporate disclosure statement under Rule 7.1 of the Federal Rules of Civil Procedure:

Vericast's ultimate parent corporation is MacAndrews & Forbes Incorporated, which owns Vericast through wholly-owned intermediate holding companies. No publicly held corporation owns 10% or more of Vericast's stock.

Vericast is incorporated in the State of Delaware, with its principal place of business in San Antonio, Texas. Therefore, Vericast is a citizen of Delaware and Texas. *See* 28 U.S.C. § 1332(c)(1).

| | |
|---|---|
| Dated: April 15, 2024<br>New York, New York | Respectfully submitted,<br><br>/s/ *Kenneth D. Friedman* |
| Scott T. Lashway\*<br>Matthew M.K. Stein\*<br>Mara A. O'Malley\*<br>MANATT, PHELPS & PHILLIPS, LLP<br>177 Huntington Avenue, Suite 2500<br>Boston, Massachusetts 02115<br>(617) 646-1400<br>*slashway@manatt.com*<br>*mstein@manatt.com*<br>*momalley@manatt.com* | Kenneth D. Friedman<br>MANATT, PHELPS & PHILLIPS, LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 790-4500<br>*kfriedman@manatt.com* |
| *\* To be admitted pro hac vice* | *Attorneys for Defendant Vericast Corp.* |

2