

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

April 15, 2024

**VIA CM/ECF FILING SYSTEM**

Hon. Harvey Bartle III, U.S.D.J.
U.S. District Court, E.D. Pa.
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Atlas Data Privacy Corp. v Valassis Digital Corp., et al.*,
              Case No. 1:24-cv-04770-HB

Dear Judge Bartle:

    We represent defendant Vericast Corp. ("Defendant") in the above-referenced action. Matthew M.K. Stein, counsel for Defendant and a member in good standing of the Bars of the Commonwealth of Massachusetts and the District of Columbia hereby applies for admission *pro hac vice* in connection with this action.

    Plaintiff's counsel has consented to this application. Pursuant to Your Honor's Policies and Procedures and *L. Civ. R.* 101.1(c) of the Rules of the District of New Jersey, I have enclosed the Certification of Matthew M.K. Stein, my Declaration in support of this application, and a proposed Order granting Mr. Stein admission *pro hac vice*.

    I am available at the Court's convenience to answer any questions concerning this application.

                          Respectfully submitted,

                          MANATT, PHELPS & PHILLIPS, LLP

                          *s/ Kenneth D. Friedman*

                          By: Kenneth D. Friedman

Enclosures

cc:    All Counsel of Record (by ECF)

7 Times Square, New York, New York  10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

402875495.1