MANATT, PHELPS & PHILLIPS, LLP
Kenneth D. Friedman (048061993)
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
E-mail: kfriedman@manat.com

*Attorneys for Defendant Vericast Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of Individuals who are Covered Persons*, *et al.,*<br><br>Plaintiffs,<br><br>-against-<br><br>VALASSIS DIGITIAL CORP., *et al.,*<br><br>Defendants. | Case No. 1:24-cv-04770- HB<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* <u>OF MATTHEW M.K. STEIN</u>**<br><br>**Motion Returnable May 20, 2024** |

**PLEASE TAKE NOTICE** that on May 20, 2024, defendant Vericast Corp. ("Vericast"), by and through its undersigned counsel, shall move this Court for an order pursuant to *L. Civ. R.* 101.1(c) of the Rules of the District of New Jersey granting Matthew M.K. Stein admission *pro hac vice* to represent Vericast in this action. In support of its motion Vericast shall rely on the accompanying Certification of Matthew M.K. Stein and Declaration Kenneth D. Friedman. A proposed Order is also attached.

Dated: New York, New York
April 18, 2024

        Respectfully submitted,

        MANATT, PHELPS & PHILLIPS, LLP

        By: */s/ Kenneth D. Friedman*
           Kenneth D. Friedman
           7 Times Square
           New York, New York 10036
           (212) 790-4500
           *kfriedman@manatt.com*

           Scott T. Lashway*
           Matthew M.K. Stein*
           Mara A. O'Malley*
           177 Huntington Avenue, Suite 2500
           Boston, Massachusetts 02115
           (617) 646-1400
           *slashway@manatt.com*
           *mstein@manatt.com*
           *momalley@manatt.com*

        *Attorneys for Defendant Vericast Corp.*

        *\* To be admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2024, the foregoing *Motion for Admission Pro Hac Vice of Matthew M.K. Stein* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

*/s/ Kenneth D. Friedman*
Kenneth D. Friedman