UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                           **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4770 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
              v.
VALASSIS DIGITAL CORP. et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  10:00 AM                    Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes



                                              s/ *David Bruey*
                                              **DEPUTY CLERK**