William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Valassis Digital Corp.*
*and Valassis Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> VALASSIS DIGITAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Case No. 24-4770 (HB) <br><br> (Filed electronically) |

**ORDER ADMITTING MATTHEW D. BROWN, BETHANY C. LOBO,**
**AND REBECCA L. TARNEJA *PRO HAC VICE***

This matter having come before the Court on the application of Saul Ewing LLP

["movant"], attorneys for Defendant Valassis Communications, Inc. ("Valassis"), for the *pro hac*

*vice* admission of Matthew D. Brown, Bethany C. Lobo, and Rebecca L. Tarneja of the Cooley

LLP firm on behalf of Valassis ["counsel"], pursuant to Local Civil Rule 101.1; and the Court

having considered the Certifications in support of the application, which reflect that counsel satisfy

the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this

application; and for good cause shown,

IT IS ON THIS __23rd__ day of __April____, 2024,

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including

all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's

standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the

Clerk of the Court as the agent upon whom service of process may be made for all actions against

counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that the movant shall (a) be attorneys of record in this case in

accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service

shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm

admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this

Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and

counsel in this matter;

IT IS FURTHER ORDERED that counsel shall make payment to the New Jersey Lawyer's

Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel

represents the client in this matter;

IT IS FURTHER ORDERED that counsel shall pay $250.00 to the Clerk of the United

States District Court for the District of New Jersey for admission *pro hac vice* in accordance with

Local Civil Rule 101.1(c)(3); and

   IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or counsel's inability to be in attendance at proceedings.

*Harvey Bartle III*
_____
Honorable Harvey Bartle III, U.S.D.J.