```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :   CIVIL ACTION
CORPORATION, ET AL.             :
                                :   NO. 24-04770
     v.                         :
                                :
VALASSIS DIGITAL CORP., ET AL.  :
```

ORDER

AND NOW on this __24th__ day of __April__, 2024 it is hereby ORDERED that the document filed as a motion (ECF#: 12) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).

                                    BY THE COURT:


                                    _Harvey Bartle III_
                                                       J.