William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Valassis Digital Corp.*
*and Valassis Communications, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> VALASSIS DIGITAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Case No. 24-4770 (HB) <br><br> (Filed electronically) |

## REQUEST BY NEW JERSEY COUNSEL FOR *PRO HAC VICE* ATTORNEYS
## TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by New Jersey counsel for the following *pro hac vice* attorneys

to receive electronic notifications in the above-captioned matter, and it is represented that:

1.    An Order of the Court granting the application to appear *pro hac vice* in the above-captioned matter has been entered for the *pro hac vice* attorneys; and

2.    The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for each of the *pro hac vice* attorneys.

Respectfully submitted,

Dated: April 24, 2024          By:     s/ William C. Baton
                                       William C. Baton
                                       Sarah A. Sullivan
                                       Alexander L. Callo
                                       SAUL EWING LLP
                                       One Riverfront Plaza
                                       1037 Raymond Blvd.
                                       Newark, NJ 07102-5426
                                       (973) 286-6700
                                       wbaton@saul.com

                                       *Attorneys for Defendants Valassis Digital Corp.*
                                       *and Valassis Communications, Inc.*

*Pro Hac Vice* Attorneys' Information

Name:        Matthew D. Brown, Esq.
Address:     COOLEY LLP
             3 Embarcadero Center, 20th Floor
             San Francisco, CA 94111-4004
Telephone:   415.693.2188
E-mail:      brownmd@cooley.com

Name:        Bethany C. Lobo, Esq.
Address:     COOLEY LLP
             3 Embarcadero Center, 20th Floor
             San Francisco, CA 94111-4004
Telephone:   415.693.2187
E-mail:      blobo@cooley.com

Name:        Rebecca L. Tarneja, Esq.
Address:     COOLEY LLP
             355 S. Grand Ave., Suite 900
             Los Angeles, CA 90071-1560
Telephone:   213.561.3225
E-mail:      rtarneja@cooley.com