William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Valassis Digital Corp. and Valassis Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>VALASSIS DIGITAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Case No. 24-4770 (HB)<br><br>(Filed electronically) |

**REQUEST BY NEW JERSEY COUNSEL FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by New Jersey counsel for the following *pro hac vice* attorneys to receive electronic notifications in the above-captioned matter, and it is represented that:

1. An Order of the Court granting the application to appear *pro hac vice* in the above-captioned matter has been entered for the *pro hac vice* attorneys; and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for each of the *pro hac vice* attorneys.

Respectfully submitted,

Dated: April 24, 2024

By: s/ William C. Baton

William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd.
Newark, NJ 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants Valassis Digital Corp. and Valassis Communications, Inc.*

*Pro Hac Vice* Attorneys' Information

Name: Matthew D. Brown, Esq.
Address: COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: 415.693.2188
E-mail: brownmd@cooley.com

Name: Bethany C. Lobo, Esq.
Address: COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: 415.693.2187
E-mail: blobo@cooley.com

Name: Rebecca L. Tarneja, Esq.
Address: COOLEY LLP
355 S. Grand Ave., Suite 900
Los Angeles, CA 90071-1560
Telephone: 213.561.3225
E-mail: rtarneja@cooley.com