**MANATT, PHELPS & PHILLIPS, LLP**
Kenneth D. Friedman
7 Times Square
New York, New York 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendant*
*Vericast Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of Individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, : <br><br> Plaintiffs, <br><br> v. <br><br> VALASSIS DIGITIAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | Case No. 1:24-cv-04770-HB <br><br> **MOTION TO ADMIT COUNSEL** ***PRO HAC VICE*** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Local Civil Rule 101.1(c), Defendant Vericast Corp., by and through its undersigned counsel, moves for the admission *pro hac vice* of Kareem A. Salem and Brandon P. Reilly in this action.

Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law have been set forth in the accompanying Declarations of Kenneth D. Friedman, Kareem A. Salem, and Brandon P. Reilly.

The undersigned has conferred with counsel for Plaintiffs and they have no objection to this motion.

A proposed order is submitted herewith.

Dated:  May 6, 2024   Respectfully submitted,
       New York, New York

/s/ *Kenneth D. Friedman*
Kenneth D. Friedman
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500
*kfriedman@manatt.com*

*Attorneys for Defendant*
*Vericast Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on May 6, 2024, to:

Rajiv D. Parikh
Kathleen Barnett Einhorn
PEM Law LLP
One Boland Dr., Suite 101
West Orange, New Jersey 07052
(973) 577-5500
rparikh@pemlawfirm.com
keinhorn@penlawfirm.com

                                        By:  /s/ *Kenneth D. Friedman*
                                              Kenneth D. Friedman