```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY


       ATLAS DATA PRIVACY            :      CIVIL ACTION
       CORPORATION, et al.           :
                                     :
              v.                     :
                                     :      NO. 24-4571
       PRECISELY HOLDINGS, LLC,      :
       et al.                        :
       _____

       ATLAS DATA PRIVACY            :      CIVIL ACTION
       CORPORATION, et al.           :
                                     :
              v.                     :
                                     :      NO. 24-4696
       OUTSIDE INTERACTIVE, INC.     :
       _____

       ATLAS DATA PRIVACY            :      CIVIL ACTION
       CORPORATION, et al.           :
                                     :
              v.                     :
                                     :      NO. 24-4770
       VALASSIS DIGITAL CORP.,       :
       et al.                        :
       _____

       ATLAS DATA PRIVACY            :      CIVIL ACTION
       CORPORATION, et al.           :
                                     :
              v.                     :
                                     :      NO. 24-5334
       FIRST AMERICAN FINANCIAL      :
       CORPORATION, et al.           :
```

ORDER

AND NOW, this 8th day of May 2024, in accord with the representation made by plaintiffs' counsel at the status conference held on May 7, 2024, it is hereby ORDERED that

plaintiffs' non-jurisdictional argument that defendants were untimely in removing these actions from the Superior Court of New Jersey is marked WITHDRAWN.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.