UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                         **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4770 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
            v.
VALASSIS DIGITAL CORP. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time  commenced:   2:26  AM                    Time Adjourned: 2:28 PM

Total: 2 minutes

s/ *David Bruey*
**DEPUTY CLERK**