# manatt

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

June 10, 2024

Client-Matter: 49186-071

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:  *Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*
Case No. 24-cv-04770-HB

**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

We are counsel for defendant Vericast Corp. ("Defendant") in the above-referenced action.

I write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, being filed today in the action captioned *Atlas Data Privacy Corp., et al. v. Costar Grp., Inc., et al.*, Civil Action No. 1:24-cv-04111-HB (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

/s/ *Kenneth D. Friedman*

By:  Kenneth D. Friedman

cc:    All Counsel of Record (via ECF)

7 Times Square, New York, New York  10036  Telephone:  212.790.4500  Fax:  212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.