

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6800<br>
wbaton@saul.com<br>
www.saul.com

June 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corporation, et al. v. Valassis Digital Corp., et al.*
             **Civil Action No. 24-4770 (HB)**

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendants Valassis Digital Corp. and Valassis Communications, Inc. (together, "Valassis") in the above-referenced matter. We write to respectfully advise the Court that Valassis joins the Consolidated Motion to Dismiss Brief, which was filed today under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 24-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Valassis respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
*/s/ William C. Baton*<br>
William C. Baton

cc:    All Counsel (via e-mail)