**manatt**

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

June 11, 2024

Client-Matter:  67045-060

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:   *Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*
>        Case No. 24-cv-04770-HB
>
> **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

We are counsel for defendant Vericast Corp. ("Vericast") in the above-referenced action.

As noted in my prior correspondence dated June 10, 2024 (ECF 37), Vericast has joined defendants' Consolidated Motion to Dismiss Brief.  I write to correctly identify the related case in which the defendants' Consolidated Motion to Dismiss was filed.  The latter was filed under Dkt. No. 27 in the action captioned *Atlas Data Privacy Corp., et al. v. Lightbox Holdings L.P., et al.*, Civil Action No. 1:24-cv-04105-HB (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, Vericast respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

We apologize for any inconvenience, and thank the Court for its attention to this matter.

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

/s/ *Kenneth D. Friedman*

By:  Kenneth D. Friedman

cc:    All Counsel of Record (via ECF)

7 Times Square, New York, New York  10036  Telephone:  212.790.4500  Fax:  212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.