## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------x

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of Individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>                  Plaintiffs,<br><br>   v.<br><br>VALASSIS DIGITIAL CORP., VALASSIS COMMUNICATIONS, INC., VERICAST CORP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                  Defendants. | Case No. 1:24-cv-04770-HB<br><br>**ORDER GRANTING COUNSEL ADMISSION *PRO HAC VICE*** |

------------------------------x

This matter having been brought before the Court by Kenneth D. Friedman of Manatt, Phelps & Phillips, LLP, counsel for Defendant Vericast Corp. ("Vericast"), on application for an order pursuant to Local Rule 101.1(c) allowing Kayla LaRosa to appear and participate *pro hac vice*, and the Court having considered the moving papers, this matter being considered, and for good cause shown:

IT IS ON THIS 5th day of September, 2024,

**ORDERED** that Kayla LaRosa, a member of the Bar of the Commonwealth of Massachusetts, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by attorneys of record for Defendant Vericast, Kenneth D. Friedman, who is fully admitted in this Court, or another member of Manatt, Phelps & Phillips, LLP who is a member in good standing of the bar of the United States District Court for the District of New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Kayla LaRosa shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order and for any year in which the admitted counsel represents a client in a matter pending in this Court; and it is further

**ORDERED** that Kayla LaRosa shall pay the *pro hac vice* admission fee to this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the dated entry of this Order; and it is further

**ORDERED** that Kayla LaRosa shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Kayla LaRosa shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Dated:  September 5, 2024

**So Ordered**

/s/ Harvey Bartle III

J.