

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6800<br>
wbaton@saul.com<br>
www.saul.com

September 10, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:   *Atlas Data Privacy Corporation, et al. v. Valassis Digital Corp., et al.*
            Civil Action No. 24-4770 (HB)

Dear Judge Bartle:

    This firm, together with Cooley LLP, represents Defendants Valassis Communications, Inc. and Valassis Digital Corp. (together, "Valassis") in the above-referenced matter. We write to respectfully advise the Court that Valassis joins the Consolidated Brief in Opposition to Plaintiffs' Motion for Remand, which was filed yesterday, September 9, 2024, under Dkt. No. 53 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Carco Group Inc., Intellicorp Records, Inc., et al.*, Civil Action No. 24-4077 (HB) (the "Consolidated Opposition to Remand"). For the reasons set forth in the Consolidated Opposition to Remand, Valassis respectfully requests that the Court deny Plaintiffs' Motion to Remand (Dkt. No. 23).

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
*William C. Baton*<br><br>
William C. Baton

cc:    All Counsel (via e-mail)