# manatt

**Kenneth D. Friedman**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

September 11, 2024

<u>**VIA eCourts**</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

   Re: <u>*Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*</u>
     Civil Action No. 24-4770 (HB)

Dear Judge Bartle:

  We are counsel for defendant Vericast, LLC ("Vericast") in the above-referenced action.

  I write to advise the Court that Vericast joins the Consolidated Brief in Opposition to Plaintiffs' Motion to Remand, which was filed September 9, 2024, under Dkt. No. 53 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Carco Group Inc., Intellicorp Records, Inc., et al.*, Civil Action No. 24-4077 (HB) (the "Consolidated Opposition to Remand"). For the reasons set forth in the Consolidated Opposition to Remand, Vericast respectfully requests that the Court deny Plaintiffs' Motion to Remand (Dkt. No. 23).

  We thank the Court for its time and attention to this matter.

           Respectfully submitted,

           MANATT, PHELPS & PHILLIPS, LLP

           /s/ *Kenneth D. Friedman*

           By: Kenneth D. Friedman

cc: Counsel of Record (via eCourts)

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.