# manatt

**Kenneth D. Friedman**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

September 17, 2024

<u>VIA ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    <u>*Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*</u>
                Civil Action No. 24-cv-04770 (HB)

Dear Judge Bartle:

    We are counsel for defendant Vericast, LLC ("Vericast") in the above-referenced action.

    I write to advise the Court that Vericast joins the Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint (the "Consolidated Reply"), that was filed Friday, September 13, 2024, under Dkt. No. 54 in the action captioned *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 24-cv-04105 (HB).

    For the reasons set forth in the Consolidated Reply and the Consolidated Motion to Dismiss, Vericast respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint with prejudice.

    We thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     MANATT, PHELPS & PHILLIPS, LLP

                                     /s/ *Kenneth D. Friedman*

                                   By:  Kenneth D. Friedman

cc:    Counsel of Record (via ECF)

7 Times Square, New York, New York  10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.