# manatt

Kenneth D. Friedman<br>
Manatt, Phelps & Phillips, LLP<br>
Direct Dial: (212) 830-7184<br>
E-mail: kfriedman@manatt.com

September 23, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    *Atlas Data Privacy Corp., et al. v. Valassis Digital Corp., et al.*
                Civil Action No. 24-4770 (HB)

Dear Judge Bartle:

      We are counsel for defendant Vericast, LLC ("Vericast") in the above-referenced action.

      I write to advise the Court that Vericast joins the Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand, which was filed September 16, 2024, under Dkt. No. 59 in the action captioned *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*, Civil Action No. 24-3993 (HB) (the "Supplemental Opposition to Remand"). For the reasons set forth in the Supplemental Opposition to Remand, as well as those in the Consolidated Opposition to Remand, Vericast respectfully requests that the Court deny Plaintiffs' Motion to Remand (Dkt. No. 23).

      We thank the Court for its time and attention to this matter.

                                  Respectfully submitted,

                                  MANATT, PHELPS & PHILLIPS, LLP

                                  */s/ Kenneth D. Friedman*

                                  By:  Kenneth D. Friedman

cc:     Counsel of Record (via ECF)

403411340.1

7 Times Square, New York, New York  10036  Telephone:  212.790.4500  Fax:  212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.