## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                        Plaintiff,

v.                                     Case No.: 1:24–cv–04770–HB
                                          Judge Harvey Bartle (EDPA), III

VALASSIS DIGITAL CORP., et al.

                        Defendant.

Clerk, Superior Court of New Jersey
Mercer County Courthouse
P.O. Box 8068 175 South Broad Street
Trenton, NJ 08650

State No: MER L 000290 24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                             Very truly yours,

                                             CLERK OF COURT
                                             By Deputy Clerk, tf

encl.
cc: All Counsel